# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 1:24-cv-381 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| JAMAAL PARKER ) | |
| ) | Magistrate Judge Michael J. Dumitru |
| ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed contemporaneously herewith, Petitioner's motion to vacate his sentence under 28 U.S.C. § 2255 (Doc. 1; Doc. 484 in Case No. 1:19-cr-46) is **DENIED** and this action is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close this case.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT:
*/s/ LeAnna R. Wilson*
CLERK OF COURT